783 A.2d 723

IN THE MATTER OF ALEXANDER A. DE
FRANCIS, AN ATTORNEY AT LAW.

November 16, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–341, concluding that pursuant to *Rule* 1:20–14, **ALEXANDER A. DE FRANCIS** of **SMITHTOWN, NEW YORK,** who was admitted to the bar of this State in 1987, should be disciplined, respondent having been disciplined in the State of New York for conduct in violation of *RPC* 1.1(b) (pattern of neglect), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **ALEXANDER A. DE FRANCIS** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.